IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES TERRANOVA, et al.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-4982 |
| | : | |
| **ST. JOHN PROPERTIES INC.** | : | |

## O R D E R

**AND NOW,** this 8th day of February, 2022, upon consideration of the Defendant's motion to transfer and no response thereto by Plaintiffs, **IT IS HEREBY ORDERED** that:

1. Defendant's motion to transfer [Doc. 2] is **GRANTED** because venue is improper in this district pursuant to 28 U.S.C. § 1391(b).
2. The Clerk is **DIRECTED** to transfer the entire file in this matter to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1406(a).
3. The Rule 16 conference scheduled for February 10, 2022 is **CANCELED**.

BY THE COURT:


/s/ Jeffrey L. Schmehl
JEFFREY L. SCHMEHL, J.